MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re: ) Chapter 13
)
KATHLEEN ROBB, ) Bankruptcy No. 09-42851
)
) Claimant: Internal Revenue Service
) Claim No.: 3
)
  Debtor. )
_____ ) HON. RANDALL J. NEWSOME

### OBJECTION TO CLAIM & NOTICE THEREOF

The Debtor(s) object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim): | DOLLAR AMT | DATE FILED |
|---|---|---|
| *Internal Revenue Service *P.O. Box 21126 *Philadelphia, PA 19114 | $947,938.99 | 04/24/2009 |

A copy of the Proof of Claim is attached as Exhibit A

    The basis for the objection is that the claim:

___ duplicates claim no. ____ filed on _____ by _____.

___ does not include a copy of the writing upon which it is based.

___ does not include a copy of the underlying judgment.

___ does not include a copy of the security agreement and evidence of perfection.

___ fails to assert grounds of priority.

| | |
|---|---|
| 1 | ___ does not include a copy of the assignment(s) upon which it is based. |
| 2 | ___ appears to include a copy of the assignment(s) upon which it is based. |
| 3 | ___ is not timely filed. |
| 4 | ___ _____ |
| 5 | _____ |
| 6 | _____ |

The Objecting Party will ask the court to enter an Order providing that the claim is:

___ allowed as a secured claim in the amount of: $_____

___ allowed as an unsecured claim in the amount of: $_____

___ allowed as a priority claim in the amount of: $_____

___ disallowed in its entirety

___ (Other): _____

NOTICE IS HEREBY GIVEN THAT B.L.R. 9014-1(b)(3) of the Untied States Bankruptcy Court of the Northern District of California and Federal Rule of Bankruptcy Procedure 3007 prescribe the procedures to be followed and any request for hearing on the matter must be filed and served upon the initiating party within 20 days of mailing of this notice. Any request for hearing must be accompanied by any declarations or memoranda of law the party requesting wishes to present tin support of its position. If there is not a timely request for hearing, the court may enter an order granting the relief by default. If a timely request for hearing is made, the initiating party will give at least 10 days written notice of hearing to the requesting party, and to any trustee appointed.

Dated: _____    _____
                     Name, address & phone number of Objecting Party/Atty

Cathleen Cooper Moran / Renée C. Mendoza
Moran Law Group
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043
(650) 694-4700