MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re:                              )   Chapter 13
                                    )
KATHLEEN ROBB,                      )   Bankruptcy No. 09-42851
                                    )
            Debtor.                 )
_____)   HON. RANDALL J. NEWSOME

**REQUEST FOR JUDICIAL NOTICE**

The court is requested to take judicial notice of the following documents on file in the debtor's case:

1. Proof of claim number #6 filed on behalf of JP Morgan Chase, successor to Washington Mutual Bank, showing a secured claim of $286,154. A copy of the claim, without its exhibits, is attached hereto as Exhibit A.

                                        MORAN LAW GROUP

Date: _____              _____
                                        CATHLEEN COOPER MORAN
                                        Attorney for Kathleen Robb